**FILED**

2003 OCT 10 A 9:27

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD CT

-----------------------------------------------------------X

UNITED STATES OF AMERICA

- against -                                    CIVIL NO.
                                               3:02CV00396(AVC)

AMERICAN HOME CARE, INC. d/b/a
AMERICAN HOME CARE, JUDITH K.
BACHAND AND GREGORY N. BACHAND      OCTOBER 9, 2003

-----------------------------------------------------------X

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MEMO

The Defendants, AMERICAN HOME CARE, INC. d/b/a AMERICAN HOME CARE, JUDITH K. BACHAND AND GREGORY N. BACHAND, move for an addition of fifteen (15) day extension of time to complete their pretrial memorandum. Their initial request resulted in an extension to October 14. This request (the last anticipated) seeks until October 29 to file.

The United States does not consent to this extension.

Between the time of the last request and this one, Defendants' counsel has changed offices. That process was to occur November 1. Unfortunately unforeseen circumstances overtook the situation resulting in an earlier move. As with all relocation there has been a transition element that has delayed counsel's progress with the filing. An interim draft, however, should be ready within the next



October 15, 2003.
SO ORDERED.
Alfred V. Covello, U.S.D.J.
GRANTED.