FILED

03 OCT 16  P 12:44

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

AMERICAN HOME CARE, INC. d/b/a
AMERICAN HOME CARE, JUDITH K.
BACHAND AND GREGORY N. BACHAND

-----------------------------------------------------------X

CIVIL NO. 3:02CV00396(AVC)

OCTOBER 15, 2003

## MOTION FOR PERMISSION TO FILE SEPARATE TRIAL MEMORANDUM

The Defendants, AMERICAN HOME CARE, INC. D/B/A AMERICAN HOME CARE, JUDITH K. BACHAND and GREGORY N. BACHAND, moves for permission to file a separate trial memorandum (as opposed to joint) in light of the Plaintiff's filing dated October 10.

THE DEFENDANTS

By _____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, CT 06813-2809
(203) 748-4888
Federal Bar No. CT02254

## CERTIFICATION

     This is to certify that a copy of the foregoing has been sent on October 15, 2003 via first class mail, postage prepaid to:

Christine Sciarrino, Esquire
United States Attorney
P.O. Box 1824
New Haven, CT 06510

By /s/ _____
Christopher G. Winans