35

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------X

UNITED STATES OF AMERICA                    :

- against -                                 :

AMERICAN HOME CARE, INC. d/b/a              :
AMERICAN HOME CARE, JUDITH K.
BACHAND AND GREGORY N. BACHAND              :

-------------------------------------------------X

CIVIL NO. 3:02CV00396(AVC)

OCTOBER 15, 2003

## MOTION FOR PERMISSION TO FILE SEPARATE TRIAL MEMORANDUM

The Defendants, AMERICAN HOME CARE, INC. D/B/A AMERICAN HOME CARE, JUDITH K. BACHAND and GREGORY N. BACHAND, moves for permission to file a separate trial memorandum (as opposed to joint) in light of the Plaintiff's filing dated October 10.

THE DEFENDANTS

By _____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, CT 06813-2809
(203) 748-4888

3:02CV0396(AVC).   October 21, 2003.   The defendant's motion for permission to file a separate trial memorandum (document no. 35) is DENIED.   There is no separate trial memorandum of the plaintiff on file with the court.
SO ORDERED.

Alfred V. Covello, U.S.D.J.