

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, INC., et al., | : |
| Defendant. | : October 14, 2003 |

### GOVERNMENT'S LIST OF TRIAL EXHIBITS

1. Disclosure of Ownership and Control Interest Statement dated January 29, 1993, signed by Judith Bachand.

2. Health Insurance Benefit Agreement between the Secretary of Health and Human Services and American Home Care, Inc. Signed by Judith Bachand on January 1, 1993 and by the Department on February 26, 1993.

3. Letter of February 26, 1993 from Richard Osborne, Branch Chief, survey and Certification Operations to Judith Bachand. *In re:* Agreement for Participation - Effective Date January 29, 1993.

4. Provider Tie-In Notice dated February 26, 1993. *In re:* Effective date of January 29, 1993.

5. Disclosure of Ownership and Control Interest Statement dated December 18, 1995.

6. Note of December 20, 1995 signed by Gregory N. Bachand, Esq., Chief Counsel. *In re:* Board of Director, Judith Bachand.

7. Disclosure of Ownership and Control Interest Statement for Homecare, Inc. (Buyer) dated January 17, 1996.

8. Letter of August 13, 1996 from Judith Bachand to Regional Director, Division of Health Standards and Quality. *In re:* Termination of Provider.

9. Letter of August 14, 1996 from Gregory Bachand, Chief Operating Officer, to DHSQ. *In re:* Sales Agreement with Home Care, Inc.

10. Sales Agreement dated July 25, 1996 by Judith Bachand, President and George J. Mandes, President, HomeCare, Inc.

11. Letter of October 25, 1996 from Gregory Bachand to Linda Silva, Associate Regional Administrator, Division of Health Standards and Quality. *In re:* Voluntary termination of provider.

12. Memo of October 23, 1996 from American Home Care, Inc. to Blue Cross and Blue Shield of Maine. *In re:* Change of Address.

13. Letter of November 15, 1996 from Laureen Hayes, Health Insurance Specialist, Survey and Certification Branch to Gregory Bachand. *In re:* Termination of Provider Agreement.

14. Provider tie-In Notice dated November 15, 1996. *In re:* Voluntary provider termination.

15. Letter of August 17, 1995 from Christopher Snell, Desk Review Auditor to Judith Bachand. *In re:* Desk Review.

16. Letter of November 15, 1995 from Andrew Hamilton, Reimbursement Specialist to Judith Bachand. *In re:* Initial Settlement.

17. Letter of November 29, 1995 from Robert Constantine, Chief Financial Officer to Andrew Hamilton. *In re:* Proposed Extended Repayment Plan Request for Initial Settlement of FYE 12/31/94.

18. Letter of December 6, 1995 from Robert Constantine, Chief Financial Officer to Andrew Hamilton. *In re:* Proposed Extended Repayment Plan Request for Initial Settlement of FYE 12/31/94.

19. Letter of December 15, 1995 from Andrew Hamilton, Reimbursement Specialist to James Menza, Team Leader. *In re:* Request for a 48 Month Extended Repayment Plan.

20. Letter of January 25, 1996 from Joanne Roy, Accountant to David Garland, Reimbursement Manager. *In re:* Proposed Extended Repayment Schedule.

21. Notice of Amount of Program Reimbursement dated August 5, 1996.

22. Letter of September 12, 1996 from Andrew Hamilton, Reimbursement Specialist to Judith Bachand. *In re:* Overpayment After Final Settlement (Second Request).

23. Letter of October 16, 1996 from Andrew Hamilton, Reimbursement Specialist to Judith Bachand. *In re:* Overpayment After Final Settlement (Third Request).

24. Part A Provider Overpayment Informal Referral Checklist - November 7, 1996.

25. Interest Schedules.

26. Audit Adjustment Report.

27. Cost Report (Period 01/01/94 - 12/31/94).

28. Letter of July 1, 1996 from Marc Lesperance, Desk Review Auditor to Judith Bachand. *In re:* Desk Review.

29. Letter of July 10, 1996 from Andrew Hamilton, Reimbursement Specialist to Judith Bachand. *In re:* Initial Settlement.

30. Letter of July 10, 1996 from Andrew Hamilton, Reimbursement Specialist to Judith Bachand. *In re:* Overpayment After Initial Settlement.

31. Letter of September 13, 1996 from Andrew Hamilton, Reimbursement Specialist to Judith Bachand. *In re:* Overpayment on the Initial Settlement for FYE 12/31/95.

32. Letter of November 4, 1996 from Andrew Hamilton, Reimbursement Specialist to Judith Bachand. *In re:* Overpayment on the Initial Settlement for FYE 12/31/95 (Third Request).

33. Letter of November 7, 1996 from Andrew Hamilton, Reimbursement Specialist to Kathleen Morrison, Payment and Recovery Specialist (HCFA). *In re:* Part A Provider Overpayment Informal Referral Checklist.

34. Notice of Amount of Program Reimbursement dated July 24, 1997.

35. Letter of September 5, 1997 from Lisa Hughes, Reimbursement Administrator to Gregory Bachand. *In re:* Overpayment After Final Settlement (Second Request).

36. Letter of September 22, 1997 from Lisa Hughes, Reimbursement Administrator to Gregory Bachand. *In re:* overpayment After Final Settlement (Third Request).

37. Letter of October 21, 1997 from Lisa Hughes, Reimbursement Administrator to Gregory Bachand. *In re:* Overpayment After Final Settlement (Fourth Request).

38. Letter of November 26, 1997 from Lisa Hughes, Reimbursement Administrator to Gregory Bachand. *In re:* Overpayment After Final Settlement (Fifth Request).

39. Letter of December 19, 1997 from Andrew Hamilton, Reimbursement Administrator to Joanne Roy, Accountant - HCFA. *In re:* Part A Provider Overpayment Informal Referral Checklist.

40. Facsimile of January 28, 1998 from Andrew Hamilton to Joanne Roy. *In re:* Analysis of the Interest Assessment.

41. Letter of January 30, 1998 from Andrew Hamilton to Joanne Roy. *In re:* Revised Interest Schedule.

42. Interest Schedules.

43. Medicare Adjustment Register.

44. Audit Adjustment Report.

45. Cost Report (Period 01/01/95 - 12/31/95).

46. Letter of March 19, 1997 from Mark Humphrey, Manager, Audit and Reimbursement to Judith Bachand. *In re:* Unfiled Cost Report (Third Notice).

47. Letter of April 11, 1997 from Andrew Hamilton, Reimbursement Administrator to Gregory Bachand. *In re:* Overpayment.

4

48. Letter of April 14, 1997 from Andrew Hamilton, Reimbursement Administrator to Kathleen Morrison. *In re:* Part A Provider Overpayment Informal Referral Checklist.

49. Contact Report dated April 16, 1997 from Kathy Morrision to Andrew Hamilton. *In re:* Overpayments.

50. Letter of June 16, 1997 from Mark Humphrey, Audit Manager to Gregory Bachand. *In re:* Unfiled Cost Report (Fourth Notice).

51. Letter of September 15, 1997 from Sandra Cyr, Desk Review Auditor to Gregory Bachand. *In re:* Cost Report has been Conditionally Accepted as of 9/11/97.

52. Letter of September 16, 1997 from Andrew Hamilton, Reimbursement Administrator to Gregory Bachand. *In re:* Overpayment.

53. Letter of October 3, 1997 from Andrew Hamilton, Reimbursement Administrator to Kathleen Morrison. *In re:* Monies Recovered for Cases Referred to HCFA RO.

54. Letter of October 8, 1997 from Andrew Hamilton, Reimbursement Administrator to Gregory Bachand. *In re:* Overpayment (Second Request).

55. Letter of November 12, 1997 from Andrew Hamilton, Reimbursement Administrator to Gregory Bachand. *In re:* Overpayment (Third Request).

56. Letter of December 15, 1997 from Andrew Hamilton, Reimbursement Administrator to Gregory Bachand. *In re:* overpayment (Fourth Request).

57. Letter of December 19, 1997 from Andrew Hamilton, Reimbursement Administrator to Joanne Roy. *In re:* Part A Provider Overpayment Informal Referral Checklist.

58. Interest Schedule.

59. Cost Report (Period 01/01/96 - 08/12/96).

60. Miscellaneous audit documents. *In re:* Tuition Reimbursements.

61. Memorandum of November 22, 1996 from Peter Toland, ARA to the Regional Counsel. *In re:* Uncollectible Medicare Overpayments.

62. Memorandum of December 6, 1996 from Cliff Pierce, Assistant Regional Counsel to Peter Toland. *In re:* Medicare Overpayment Claim of $700,000 Against American Home Care.

63. Letter of March 12, 1998 from Joanne Roy, Accountant to Gregory Bachand. *In re:* Demand Letter - Medicate Overpayment.

64. Letter of March 12, 1998 from Lynda Silva, ARA to Joyce Thomas, Commissioner. *In re:* Medicaid Offset.

65. Letter of March 20, 1998 from Lee Voghel, Director, Fiscal Analysis, State of Connecticut, Department of Social Services, to Lynda Silva. *In re:* Unlikeliness of Medicaid offset.

66. Certificate of Indebtedness computed as of March 1, 2002.

67. Certificate of Incorporation for American Home Care, Inc., filed with the State of Connecticut on September 1, 1992.

68. Resolutions Adopted by Incorporator of American Home Care, Inc. signed by Judith Bachand on August 1, 1992.

69. Letter of February 26, 1993 from Richard M. Osborne, Branch Chief, Survey and Certification Operations to Judith Bachand. *In re:* assignment of provider number.

70. Resolutions Adopted by Sole Director and Shareholder of American Home Care, Inc. signed by Judith Bachand on August 1, 1992.

71. Resolutions Adopted by Sole Director and Shareholder of American Home Care, Inc. signed by Judith Bachand on September 22, 1994.

72. Letter of January 16, 1995 from Baker, Newman & Noyes to American Home Care, Inc. *In re:* Independent Accountants' Review Report.

73. American Home Care, Inc. Balance Sheet as of 12/31/94.

74. American Home Care, Inc. Balance Sheet as of 12/31/95.

75. American Home Care, Inc. Balance Sheet as of 6/30/96.

76. Minutes of Meeting of the Board of Directors/Governing Authority of American Home Care, Inc., dated December 29, 1995 and signed by Gregory Bachand.

77. Waiver of Notice of First Meeting of Board of Directors of ASMG dated January 1, 1995 and signed by Gregory and Judith Bachand.

78. Resolutions Adopted by Sole Director and Shareholder of ASMG, unsigned and undated. *In re:* Election of Gregory Bachand as President and Secretary.

79. Minutes of Meeting of the Board of Directors/Governing Authority of American Home Care, Inc. dated December 22, 1994 and signed by Gregory Bachand.

80. Management Agreement dated December 21, 1995 between American Home Care, Inc. and American Senior Management Group, Inc. signed by Gregory Bachand.

81. Minutes of Meeting of the Board of Directors/Governing Authority of American Home Care, Inc. dated March 12, 1994 and signed by Gregory Bachand.

82. Minutes of Meeting of the Board of Directors/Governing Authority of American Home Care, Inc. dated December 22, 1995 and signed by Tanya Bachand.

83. Resolution of American Home Care dated April 26, 1996 and signed by Gregory Bachand.

84. Letter of April 4, 1996 from Tom Hansen, Auditor, Audit and Reimbursement to Bob Constantine. *In re:* Preliminary Adjustment Report.

85. Letter of April 8, 1996 from Baker, Newman & Moyes to Thomas Hansen, Auditor, Audit and Reimbursement. *In re:* Request for 1994 Medicare audit work papers.

86. Letter of April 10, 1996 from Thomas Hansen, Auditor, Audit and Reimbursement to Dana Strong, Manager, Baker, Newman & Moyes. *In re:* work papers.

87.   Agreement of July 25, 1996 between American Home Care, Inc., Judith Bachand, Gregory Bachand and Homecare, Inc.

        Respectfully submitted,

        Kevin J. O'Connor
        United States Attorney

        Christine Sciarrino
        Assistant United States Attorney
        P.O. Box 1824
        New Haven, Connecticut   06510
        (203) 821-3780
        Federal No.  CT3393