UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 29 P 12: 55

US DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA,                    :

    Plaintiff,                    :    Civil No. 3:02CV00396 (AVC)

VS.                                                :

AMERICAN HOME CARE, INC., et al.,    :

    Defendant.                    :    October 14, 2003

## JOINT TRIAL MEMORANDUM

In accordance with this Court's Pretrial Order, entered on November 7, 2002, the parties hereby submit their joint trial memorandum.

    1.    Trial Counsel

        Plaintiff:        Christine Sciarrino, Assistant United States Attorney
                        P.O. Box 1824
                        New Haven, Connecticut 06510
                        (203) 821-3780
                        Federal Bar No. CT3393

                        Clifford Pierce
                        Assistant Regional Counsel
                        U.S. Department of Health and Human Services
                        J.F.K. Building, Room 2250
                        Boston, Massachusetts   02203
                        (617) 565-2379

        Defendants:       Christopher G. Winans, Esq.
                        100 Mill Plain Road, 4th Floor
                        P.O. Box 2809
                        Danbury, Connecticut   06813-2809
                        (203) 748-4888
                        Federal Bar No. CT02254

2. Jurisdiction

The basis of the Court's jurisdiction is 28 U.S.C. §§ 1331 and 1345.

3. Non-Jury Trial

4. Length of Trial

The parties estimate the length of trial as three days.

5. Further Proceedings

The parties do not anticipate any further proceedings prior to trial.

6. Nature of Case

This is a collection case in which the Government is seeking reimbursement of overpayments made to defendant AHC through the Medicare program. The Government is seeking to recover a judgment, jointly and severally against all defendants, in the amount of $4,852,308.80, plus interest, as of October 14, 2003.

7. Trial by Magistrate Judge

The parties do not consent to a trial by Magistrate Judge Smith since a settlement conference was conducted by Magistrate Judge Smith on June 20, 2002, and then continued to January 16, 2003.

8. List of Witnesses

Government's Witnesses:

a) Thomas C. Hansen
Senior Auditor
Medicare Audit Department
Associated Hospital Service of Maine, Inc.
2 Gannett Drive
South Portland, Maine 04106-6911

Approximate time for testimony: 4 hours.

Summary of anticipated testimony: Overview of the Medicare program, the audit, determination of overpayments.

    b)    Sharon Brown
           Senior Auditor
           Medicare Audit Department
           Associated Hospital Service of Main, Inc.
           2 Gannett Drive
           South Portland, Maine   04106-6911

Approximate time for testimony: 4 hours.

Summary of anticipated testimony: Overview of the Medicare program, the audit, determination of overpayments.

    a)    Christopher Snell
           Medicare Systems Security
           Associated Hospital Services of Maine, Inc.
           2 Gannett Drive
           South Portland, Maine   04106-6911

Approximate time for testimony: 4 hours.

Summary of anticipated testimony: Overview of the Medicare program, the audit, determination of overpayments.

Defendants' Witnesses:

a)

9.    Exhibits

Government's exhibits:

See attached list.

Defendant's exhibits:

A.

10.   Trial to Court

   Joint statement of uncontroverted facts and law is attached.

   a) Parties' respective proposed findings of facts and conclusions of law attached.

   Respectfully submitted,

   Kevin J. O'Connor
   United States Attorney

   *[signature]*

   Christine Sciarrino
   Assistant United States Attorney
   P.O. Box 1824
   New Haven, Connecticut   06510
   (203) 821-3780
   Federal No.  CT3393

   Christopher G. Winans, Esq.
   100 Mill Plain Road, 4th Floor
   P.O. Box 2809
   Danbury, Connecticut   06813-2809
   (203) 748-4888
   Federal Bar No. CT02254