UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, INC., et al., | : |
| Defendant. | : October 28, 2003 |

GOVERNMENT'S NOTICE RE: JOINT TRIAL MEMORANDUM
AND CERTIFICATION OF SERVICE

The Government hereby submits the Joint Trial Memorandum in this case.

This Court issued a pretrial Order on November 7, 2002, requiring that a joint trial memorandum be filed on December 7, 2002. The Court extended the deadline, requiring dispositive motions to be filed on or before February 28, 2003, and the joint trial memorandum due thirty days after a ruling on any dispositive motion. On August 14, 2003, this Court issued its ruling denying the Government's motion for summary judgment, and thus, the joint trial memorandum became due on September 14, 2003. Defendants' counsel filed a motion to extend the September 14 deadline, which was granted by this Court, and the deadline was extended to October 14, 2003.[1] As the deadline approached, Government counsel left a voicemail message for Attorney Winans on October 9, 2003, requesting a return phone call to discuss coordination

---

[1] Defendants' counsel indicated in his motion that the Government objected to the extension. That statement was not entirely accurate. A secretary from the defendants' firm had left a general message for undersigned counsel concerning an extension. Undersigned counsel returned the call and indicated that the Government would not agree to an extension until it was known what length of extension was being sought. Government counsel requested a return telephone call to discuss the matter, but no phone call was received prior to the filing of the motion.

of the joint trial memorandum. Defendants' counsel did not return the undersigned's October 9 phone call. Accordingly, the Government prepared a joint trial memorandum without comment from defendants' counsel and prepared to file the memorandum on October 14, 2003. The original pleadings were mailed on October 10, 2003 to the United States Attorney's Office in Hartford, with instructions to hold the pleadings during the holiday weekend, for filing on October 14. Copies of the joint trial memorandum were also mailed to Attorney Winans on October 10, 2003. On October 14, 2003, Government counsel reviewed the Court's docket sheet and learned that Attorney Winans had filed a third motion for extension of time, which was under consideration by the Court. The third motion incorrectly stated that the "United States does not consent to this extension." Undersigned counsel was never contacted by either Attorney Winans or his office concerning the third extension.

In any event, the Government withheld filing the joint trial memorandum it had prepared because of (1) the likelihood of a second extension; (2) avoiding confusion of the record; and (3) preparing and filing a joint trial memorandum with input from both parties, as required by this Court's previous order. The defendants' third extension was granted by the Court on October 15, which extended the filing deadline to October 29, 2003.

Undersigned counsel again called Attorney Winans on October 14, 2003, and was connected to his voicemail. Undersigned counsel left a detailed message, explaining that he should be receiving the Government's joint trial memorandum, which he should treat as a proposed pleading, and that he should prepare defendants' portion of the memorandum and call undersigned counsel to coordinate preparation of a final submission. Undersigned counsel also

clarified that the joint trial memorandum had *not* been filed with the Court in light of his third motion for extension of time.

On October 17, 2003, undersigned counsel received defendants' Motion for Permission to File Separate Trial Memorandum. Undersigned counsel called Attorney Winans for a fourth time on October 17, 2003 and was again transferred to his voicemail. Undersigned counsel again explained that the Government's proposed joint trial memorandum (dated October 10, 2003) had never been filed (and therefore his pending motion was moot), and that undersigned counsel continued to wait to hear from Attorney Winans to obtain defendants' portion of the memorandum, and to coordinate its filing.

As of October 28, 2003, undersigned counsel has not heard any response from defendants' counsel to her four previous messages. Accordingly, the Government now files its joint trial memorandum, previously prepared on October 10, 2003, and without comment or contribution from the defendants.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, Connecticut  06510
(203) 821-3780
Federal No. CT3393

3

## CERTIFICATION

This is to certify that a copy of the Government's Notice Re: Joint Trial Memorandum was mailed, postage prepaid, on this 28th day of October, 2003 to:

Christopher G. Winans, Esq.
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, Connecticut   06813-2809

_____
CHRISTINE SCIARRINO