UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Civil No. 3:02CV0396(AVC) |
| AMERICAN HOME CARE, INC., et al.,<br>    Defendants. | :<br>:<br>:<br>: |

### ORDER

This is an action for equitable relief seeking recoupment of the overpayment of Medicare funds. It is brought pursuant to 31 U.S.C. § 3713(b), the Federal Priority Statute, 42 U.S.C. § 1395c, Part A of Medicare, and equitable principles concerning personal liability for corporate misfeasance and the doctrine of constructive trusts. Pursuant to the controlling scheduling orders, the plaintiff and defendants were to have filed a *joint* trial memorandum by October 29, 2003. On October 29, 2003, the United States, the plaintiff, submitted a trial memorandum. According to the plaintiff, the defendant did not participate in the drafting of the trial memorandum it submitted. Further, the defendant has not submitted its own trial memorandum.

Therefore, the court hereby orders that the defendant and plaintiff shall have to and including June 15, 2004 to file a *joint* trial memorandum in accordance with the court's order.

It is so ordered this 27TH day of May, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge