UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN -4 A 7: 34

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, et al., | : |
| Defendants. | : June 3, 2004 |

## UNITED STATES' MOTION TO RESCHEDULE TRIAL DATE

A two-day court trial has been scheduled for this matter on July 14 and 15, 2004. The United States respectfully requests that the trial date be rescheduled because of the following reasons.

First, the Government's co-counsel, Clifford Pierce, Esq., Assistant Regional Counsel, United States Department of Health and Human Services, will be on vacation during the week of July 12, 2004. Christopher Winans, Esq., counsel for Defendants-Bachands, also reports a scheduling conflict on July 14 and 15. Additionally, Attorney Winans reports various scheduling conflicts during weeks of July 19 and 26. See attached schedule. Also, the Government's lead witness, Thomas C. Hansen, will be away at a conference during the week of July 19.

The Government and Attorney Winans will all be available for trial August 17-20, 2004. Due to the scheduling conflicts outlined above, the Government respectfully requests and Attorney Winans joins in this request to reschedule the trial to a date other than July 14 and 15, 2004. For all of the foregoing reasons, and in the interest of justice, the Government requests that this motion be granted.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Christine Sciarrino*

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06510
(203) 821-3780
FEDERAL NO. CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this third day of June, 2004 to:

Christopher G. Winans, Esq.
Burrell & Winans
Plaza West
100 Mill Plain Road
Danbury, CT  06811

_____
CHRISTINE SCIARRINO

# FACSIMILE TRANSMITTAL COVER SHEET

## BURRELL & WINANS
ATTORNEYS AT LAW

Plaza West
100 Mill Plain Road - 4th Floor
Danbury, CT 06811

Hugh A. Burrell

Christopher G. Winans

Telephone (203) 748-4888
Telefax (203) 748-6510

Mailing Address:
P.O. Box 2809
Danbury, CT 06813-2809

RE: USA v. American Home Care, Inc., et al

TO: U. S. Attorney's Office

ATTENTION: Christine L. Sciarrino, Esquire

FAX NO: 203.773.5392

FROM: Maureen Crick Owen, Paralegal to Christopher G. Winans, Esquire

DATE: June 2, 2004

PAGES SENT: 1 (including cover)

MESSAGE:

Below is Attorney Winans' schedule for the various weeks discussed:

07/19/04 – Portfolio Financial Servicing v. Cynthia Link – trial – Hartford Superior Court
07/20/04 – Jim Barberie's v. Moffitt – Worker's Compensation hearing – Stamford WC
07/26/04 – Pitney Bowes Credit v. Hourglass – pretrial – Waterbury Superior Court
07/27/04 – Bonfanti v. Lieberman – trial – Middletown Superior Court
07/27/04 – Lynch v. Lynch – pretrial – Danbury Superior Court
07/28/04 – Belstone v. Lyman – pretrial – Hartford Superior Court
07/29/04 – Wade v. Wade – trial – Danbury Superior Court
08/16/04 – Short calendar – various courts

August 17 through 20 are available. Thanks.

CONFIDENTIALITY NOTE
The document(s) accompanying this fax transmission contains(s) information from the law firm of Burrell & Winans, which is confidential and/or legally privileged. The information is intended only for the use of the individual of entity names on this transmission sheet. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing, taking any action in reliance on the contents of this telecopied information is strictly prohibited, and that the document should be returned to this firm immediately, so that we can arrange for the return of the documents to us at no cost to you.

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, et al., | : |
| Defendants. | : June 3, 2004 |

### UNITED STATES' MOTION TO RESCHEDULE TRIAL DATE

A two-day court trial has been scheduled for this matter on July 14 and 15, 2004. The United States respectfully requests that the trial date be rescheduled because of the following reasons.

First, the Government's co-counsel, Clifford Pierce, Esq., Assistant Regional Counsel, United States Department of Health and Human Services, will be on vacation during the week of July 12, 2004. Christopher Winans, Esq., counsel for Defendants-Bachands, also reports a scheduling conflict on July 14 and 15. Additionally, Attorney Winans reports various scheduling conflicts during weeks of July 19 and 26. See attached schedule. Also, the Government's lead witness, Thomas C. Hansen, will be away at a conference during the week of July 19.

The Government and Attorney Winans will all be available for trial August 17-20, 2004. Due to the scheduling conflicts outlined above, the Government respectfully requests and Attorney Winans joins in this request to reschedule the trial to a date other than July 14 and 15, 2004. For all of the foregoing reasons, and in the interest of justice, the Government requests that this motion be granted.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*[signature]*

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06510
(203) 821-3780
FEDERAL NO. CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this third day of June, 2004 to:

Christopher G. Winans, Esq.
Burrell & Winans
Plaza West
100 Mill Plain Road
Danbury, CT  06811

_____
CHRISTINE SCIARRINO

# FACSIMILE TRANSMITTAL COVER SHEET

## BURRELL & WINANS
### ATTORNEYS AT LAW
Plaza West
100 Mill Plain Road - 4th Floor
Danbury, CT 06811

Hugh A. Burrell

Christopher G. Winans

Telephone (203) 748-4888
Telefax (203) 748-6510

Mailing Address:
P.O. Box 2809
Danbury, CT 06813-2809

RE: USA v. American Home Care, Inc., et al

TO: U. S. Attorney's Office

ATTENTION: Christine L. Sciarrino, Esquire

FAX NO: 203.773.5392

FROM: Maureen Crick Owen, Paralegal to Christopher G. Winans, Esquire

DATE: June 2, 2004

PAGES SENT: 1 (including cover)

MESSAGE:

Below is Attorney Winans' schedule for the various weeks discussed:

07/19/04 – Portfolio Financial Servicing v. Cynthia Link – trial - Hartford Superior Court
07/20/04 – Jim Barberie's v. Moffitt – Worker's Compensation hearing – Stamford WC
07/26/04 – Pitney Bowes Credit v. Hourglass – pretrial – Waterbury Superior Court
07/27/04 – Bonfanti v. Lieberman – trial – Middletown Superior Court
07/27/04 – Lynch v. Lynch – pretrial – Danbury Superior Court
07/28/04 – Belstone v. Lyman – pretrial – Hartford Superior Court
07/29/04 – Wade v. Wade – trial – Danbury Superior Court
08/16/04 – Short calendar – various courts

August 17 through 20 are available. Thanks.

CONFIDENTIALITY NOTE
The document(s) accompanying this fax transmission contains(s) information from the law firm of Burrell & Winans, which is confidential and/or legally privileged. The information is intended only for the use of the individual of entity names on this transmission sheet. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing, taking any action in reliance on the contents of this telecopied information is strictly prohibited, and that the document should be returned to this firm immediately, so that we can arrange for the return of the documents to us at no cost to you.