FILED

2004 JUN 10 A 11: 12

UNITED STATES DISTRICT COURT. DISTRICT COURT
HARTFORD, CT.

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, INC., et al., | : |
| Defendant. | : JUNE 1, 2004 |

## JOINT TRIAL MEMORANDUM

In accordance with this Court's Pretrial Order, entered on November 7, 2002, the parties hereby submit their joint trial memorandum.

1. Trial Counsel

   Plaintiff:

   Christine Sciarrino, Assistant United States Attorney
   P.O. Box 1824
   New Haven, Connecticut 06510
   (203) 821-3780
   Federal Bar No. CT3393

   Clifford Pierce
   Assistant Regional Counsel
   U.S. Department of Health and Human Services
   J.F.K. Building, Room 2250
   Boston, Massachusetts 02203
   (617) 565-2379

|   |   |
|---|---|
| Defendants: | Christopher G. Winans, Esq.<br>100 Mill Plain Road, 4th Floor<br>P.O. Box 2809<br>Danbury, Connecticut  06813-2809<br>(203) 748-4888<br>Federal Bar No. CT02254 |

2. Jurisdiction

The basis of the Court's jurisdiction is 28 U.S.C. §§ 1331 and 1345.

3. Non-Jury Trial

4. Length of Trial

The parties estimate the length of trial as three days.

5. Further Proceedings

The parties do not anticipate any further proceedings prior to trial.

6. Nature of Case

This is a collection case in which the Government is seeking reimbursement of overpayments made to defendant AHC through the Medicare program. The Government is seeking to recover a judgment, jointly and severally against all defendants, in the amount of $4,852,308.80, plus interest, as of October 14, 2003.

7. Trial by Magistrate Judge

The United States does not consent to a trial by Magistrate Judge Smith since a settlement conference was conducted by Magistrate Judge Smith on June 20, 2002, and then continued to January 16, 2003.

8.  List of Witnesses

    Government's Witnesses:

    1)  Thomas C. Hansen
        Senior Auditor
        Medicare Audit Department
        Associated Hospital Service of Maine, Inc.
        2 Gannett Drive
        South Portland, Maine  04106-6911

    Approximate time for testimony: 8 hours.

    Summary of anticipated testimony: Overview of the Medicare program, home healthcare agency business practices, the American Home Care, Inc. audits, determination of overpayments.

    Defendants' Witnesses:

    1)  Judy Bachand of 11 Hickory Court, Wallingford, Connecticut will testify for approximately two hours about the Plaintiff's claims and the Defendants' defenses, and most particularly about the piercing the corporate veil allegations.

    2)  Gregory Bachand of 11 Hickory Court, Wallingford, Connecticut, will testify for approximately two hours as well as the same issues as his wife, Judy.

    3)  A representative of Baker, Newman & Noyes LLC will testify for approximately one hour about the financial allegations alleged by the Plaintiff.

    4)  Chad Bachand of 11 Hickory Court, Wallingford, Connecticut, will testify for approximately one-half hour in rebuttal to the factual allegations the Plaintiff has made about his position and compensation within the Defendant Corporation.

       5)     Tanya Bachand of 11 Hickory Court, Wallingford, Connecticut will testify for the same amount of time on the same issues as Chad Bachand as they apply to her.

       6)     Derek Bachand of 11 Hickory Court, Wallingford, Connecticut, will testify for the same amount of time on the same issues as Chad Bachand as they apply to him.

9. Exhibits

Government's exhibits:

See attached list.

Defendant's exhibits:

See attached list.

Case 3:02-cv-00396-AVC    Document 44    Filed 06/14/2004    Page 4 of 5

10.    Trial to Court

   Joint statement of uncontroverted facts and law is attached.

   a) Parties' respective proposed findings of facts and conclusions of law attached.

>   Respectfully submitted,
>
>   THE PLAINTIFF
>   Kevin J. O'Connor
>   United States Attorney
>
>   By: _____
>   Christine Sciarrino
>   Assistant United States Attorney
>   P.O. Box 1824
>   New Haven, Connecticut   06510
>   (203) 821-3780
>   Federal No. CT3393
>
>   THE DEFENDANT
>
>   By: _____
>   Christopher G. Winans, Esq.
>   100 Mill Plain Road, 4th Floor
>   P.O. Box 2809
>   Danbury, Connecticut   06813-2809
>   (203) 748-4888
>   Federal Bar No. CT02254