FILED

2004 JUN 10 A 11: 13

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, INC., et al., | : |
| Defendant. | : JUNE 1, 2004 |

## DEFENDANTS' LIST OF TRIAL EXHIBITS

1. Plaintiff's Complaint
2. Answer of Defendants Bachand
3. Answer of American Home Care
4. Judy Bachand's Response to Interrogatories
5. Gregory Bachand's Response to Interrogatories
6. Bachand Joint Financial Statement
7. Bachand Joint Response to "FDIC" affidavit
8. Plaintiff's Affidavits in support of its summary judgment motion
9. Disclosure of Ownership and Control Interest Statement for 1995
10. Disclosure of Ownership and Control Interest Statement for 1996
11. Letter from J. Bachand to HCFA dated 8/13/96

12. Letter from G. Bachand to HCFA dated 8/14/96 with Home Care Inc. Agreement

13. Letter from Medicare to J. Bachand dated 8/17/95 with attachments

14. Letter from American Home Care to Andrew T. Hamilton of Associated Hospital Service of Main dated 12/6/95 with attachments

15. Statement re: overpayment of $419,194.00 – date of determination 8/5/96 with attachments

16. Audit Adjustment Report for period ended 12/31/94 with attachments

17. Health Agency Cost Report/Notification and Settlement Summary for period 01/01/94 to 12/31/94 with attachments

18. Letter from Medicare to J. Bachand dated 7/1/96

19. Letter from Medicare to J. Bachand dated 7/10/96

20. Letter from Medicare to J. Bachand dated 7/10/96

21. Letter from Medicare to J. Bachand dated 9/13/96

22. Letter from Medicare to J. Bachand dated 9/13/96 marked revised

23. Letter from Medicare to J. Bachand dated 11/4/96

24. Letter from Medicare to J. Bachand dated 11/4/96 marked revised

25. Letter from Medicare to K. Morrison of Health Care Financing Administration dated 11/7/96

26. Part A Provider Overpayment re: American Home Care, Inc. – date of referral 11/7/96

27. Interest Assessment and Payment Ledger for fye 12/31/95

28. Letter from Medicare to G. Bachand dated 7/24/97

29. Notice of Amount of Program Reimbursement to G. Bachand from Medicare dated 7/24/97 with attachments

30. Letter from Medicare to G. Bachand dated 9/5/97

31. Letter from Medicare to G. Bachand dated 9/5/97 marked revised 9/22/97

32. Letter from Medicare to G. Bachand dated 9/22/97 marked third request with attachment

33. Letter from Medicare to G. Bachand dated 10/21/97

34. Letter from Medicare to G. Bachand dated 11/26/97

35. Letter from Medicare to J. Roy of Health Care Financing Administration dated 12/19/97

36. Part A Provider Overpayment re: Provider Name American Home Care, Inc. – date of referral 12/19/97

37. Interest Assessment and Payment Ledger re: American Home Care, Inc. for cost period fye12/31/95

38. Memo from A. Hamilton/BCBSME to J. Roy/HFCA Regional Office dated 1/29/98

39. Provider Overpayment Reporting System with attachment

40. Letter from Medicare to J. Roy/HCFA dated 1/30/98 with attachment

41. Letter from Medicare to J. Roy/HCFA dated 1/30/98 with attachment

42. Assoc. Hospital Service Medicare Adjustment Register Payment Date 9/25/96

43. Audit Adjustment Report Period Ended 12/31/95 – Provider Name American Home Care Inc.

44. Health Agency Cost Report for period from 01/01/95 to 12/31/95

45. Letter from Medicare to J. Bachand dated 3/19/97

46. Letter from Medicare to G. Bachand dated 4/11/97

47. Letter from Medicare to K. Morrison/HCFA dated 4/14/97 with attachment

48. Contact report dated 4/16/97

49. Letter from Medicare to G. Bachand dated 6/16/97
50. Letter from Medicare to G. Bachand dated 9/15/97

51. Letter from Medicare to G. Bachand dated 9/16/97

52. Letter from Medicare to K. Morrison/HCFA dated 10/3/97

53. Letter from Medicare to G. Bachand dated 10/8/97

54. Letter from Medicare to G. Bachand dated 11/12/97

55. Letter from Medicare to G. Bachand dated 12/15/97

56. Letter from Medicare to J. Roy/HCFA dated 12/19/97

57. Interest Summary for cost year ending 8/21/96

58. Home Health Agency Cost Report Certification and Settlement Summary from 1/1/96 to 8/12/96

59. Letter from Dept. of Health & Human Services to G. Bachand dated 3/12/98

60. Disclosure of Ownership and Control Interest Statement of AHC dated 1/29/93

61. Agreement between The Secretary of Health and Human Resources and AHC dated 1/1/93

62. Letter from Dept. of Health and Human Services to J. Bachand dated 2/26/93

63. Provider Tie-In Notice dated 2/26/93

64. Letter from AHC to HCFA dated 8/13/96

65. Letter from AHC to HCFA dated 8/14/96

66. Agreement among American Home Care, Inc., Judith K. Bachand, Gregory N. Bachand and Homecare, Inc. dated 7/25/96

67. AHC policy manual

68. AHC spreadsheets (9/3/96 forward)
69. Letter from Medicare to J. Bachand dated 8/17/95

70. Letter from Medicare to J. Bachand dated 11/15/95

71. Letter from AHC to A. Hamilton/Associated Hospital Service of Maine dated 11/29/95

72. Letter from AHC to A. Hamilton/Associated Hospital Service of Maine dated 12/6/95

73. Letter from Medicare to J. Bachand dated 8/5/96

74. Notice of Amount of Program Reimbursement to J. Bachand dated 8/5/96

75. Letter from Medicare to J. Bachand dated 9/12/96

76. Letter from Medicare to J. Bachand dated 10/16/96

77. Part A Provider Overpayment Intermediary Name – Associated Hospital Service of Maine – date of referral 11/7/96

78. Sheet 2 re: amount of overpayment for cost year ending 12/31/94

79. Interest Summary – date of determination 1/10/97

80. Interest Assessment and Payment Ledger for AHC for cost report fye 12/31/94

81. Audit Adjustment Report for period ended 12/31/94 with attachments

82. Letter from Medicare to J. Bachand dated 7/1/96

83. Letter from Medicare to J. Bachand dated 7/10/96

84. Letter from Medicare to J. Bachand dated 7/10/96

85. Letter from Medicare to J. Bachand dated 9/13/96

86. Letter from Medicare to J. Bachand dated 9/13/96 marked revised

87. Letter from Medicare to J. Bachand dated 11/4/96

88. Letter from Medicare to J. Bachand dated 11/4/96 and marked revised

89. Letter from Medicare to K. Morrison/HCFA dated 11/7/96

90. Part A Provider Overpayment re: Provider Name: AHC for cost report period 12/31/95 with attachments

91. Letter from Medicare to G. Bachand dated 7/24/97 with attachments

92. Medicare Notice of Amount of Program Reimbursement dated 7/24/97 to G. Bachand with attachments

93. Letter from Medicare to G. Bachand dated 9/5/97

94. Letter from Medicare to G. Bachand dated 9/5/97 marked revised 9/22/97

95. Letter from Medicare to G. Bachand dated 9/22/97

96. Letter from Medicare to G. Bachand dated 10/21/97

97. Letter from Medicare to G. Bachand dated 11/26/97

98. Letter from Medicare to J. Roy/HCFA dated 12/197/97

99. Part A Provider Overpayment re: Provider AHC for cost report period 12/31/95 with attachments

100. Memo from A. Hamilton/BCBSME to J. Roy/HCFA dated 1/29/98

101. Provider Overpayment Reporting System – Transactions History – Page 1

102. Ledger re: amount of overpayment - $673,361.00 for cost year ending 12/31/95 (2 pages)

103. Assoc. Hospital Service Maine Medicare Adjustment Register Payment Date 9/25/93

104. Copy of AHC's check no. 6226 dated 7/24/96 in the amount of $13,878.05

105. Medicare Adjustment Register re: payment date 6/26/96

106. Audit Adjustment Report re: AHC for period ended 12/31/95

107. Medicare Initial Settlement of Medicare Cost Report for period 1/1/95 to 12/31/95

108. Letter from Medicare to G. Bachand dated 4/11/97

109. Letter from Medicare to K. Morrison/HCFA dated 4/14/97

110. Part A Provider Overpayment re: AHC for cost report period 8/12/96 with attachments

111. Letter from Medicare to J. Bachand dated 3/19/97

112. Letter from Medicare to G. Bachand dated 9/16/97

113. Letter from Medicare to K. Morrison/HCFA dated 10/3/97

114. Letter from Medicare to G. Bachand dated 11/12/97

115. Letter from Medicare to G. Bachand dated 12/15/97

116. Letter from Medicare to J. Roy/HFCA dated 12/19/97

117. Part A Provider Overpayment re: AHC for cost report period 8/12/96 with attachments

118. Interest Summary for cost year ending 8/12/96

119. Letter from Dept. of Health & Human Services to G. Bachand dated 3/12/98

120. Audit Adjustment Report re: AHC for period ended 8/12/96

121. Notice of Amount of Program Reimbursement to G. Bachand dated 9/24/98

122. Ledger report re: Amount of Overpayment re: AHC for cost year ending 12/31/94

123. Home Health Agency Cost Report re: AHC for cost report period 1/29/93 to 12/31/93 with attachments

124. Home Health Agency Cost Report re: AHC for cost report period 1/1/94 to 12/31/94 with attachments

125. Home Health Agency Cost Report re: AHC for cost report period 1/1/95 to 12/31/95 with attachments

126. Home Health Agency Cost Report re: AHC for cost report period 1/1/96 to 8/12/96 with attachments

THE DEFENDANTS

By_____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, CT 06813-2809
(203) 748-4888
Federal Bar No. CT02254