

02cv396mtnsch

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2004 JUN -4 A 7:34
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, et al., | : |
| Defendants. | : June 3, 2004 |

## UNITED STATES' MOTION TO RESCHEDULE TRIAL DATE

A two-day court trial has been scheduled for this matter on July 14 and 15, 2004. The United States respectfully requests that the trial date be rescheduled because of the following reasons.

First, the Government's co-counsel, Clifford Pierce, Esq., Assistant Regional Counsel, United States Department of Health and Human Services, will be on vacation during the week of July 12, 2004. Christopher Winans, Esq., counsel for Defendants-Bachands, also reports a scheduling conflict on July 14 and 15. Additionally, Attorney Winans reports various scheduling conflicts during weeks of July 19 and 26. See attached schedule. Also, the Government's lead witness, Thomas C. Hansen, will be away at a conference during the week of July 19.

The Government and Attorney Winans will all be available for trial August 17-20, 2004. Due to the scheduling conflicts outlined above, the Government respectfully requests and

U.S. DISTRICT COURT
HARTFORD, CT.
2004 JUN -4 A 7:34
FILED

3:02CV00396(AVC). June 14, 2004. GRANTED. The trial in this matter shall commence on August 18, 2004.
SO ORDERED.