FILED

2004 JUN 29 A 9:57

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X

UNITED STATES OF AMERICA

- against -                                                     CIVIL NO.
                                                                       3:02CV00396(AVC)

AMERICAN HOME CARE, INC. d/b/a
AMERICAN HOME CARE, JUDITH K.
BACHAND AND GREGORY N. BACHAND       JUNE 28, 2004

-------------------------------------------------------X

## MOTION FOR CONTINUANCE RE: TRIAL

The Defendants, AMERICAN HOME CARE, INC. d/b/a AMERICAN HOME CARE, JUDITH K. BACHAND AND GREGORY N. BACHAND, move that the court trial currently scheduled for August 18, 19 and 20, 2004 be continued for one (1) week for the court and parties. The individual Defendants are scheduled for a pre-paid, long scheduled vacation out of state on the current trial dates.

The United States does not oppose this request. Its counsel is presently awaiting word from her client (and co-counsel) as to their availability. Once this is known, Defendants' counsel will contact the court clerk to confirm available dates.

THE DEFENDANTS

By /s/ Christopher G. Winans
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, CT 06813-2809
(203) 748-4888
Federal Bar No. ct02254

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent on June 28, 2004, via first class mail, postage prepaid to:

Christine Sciarrino, Esquire
United States Attorney
P.O. Box 1824
New Haven, CT 06510

By /s/ Christopher G. Winans
Christopher G. Winans