FILED

2004 JUL -8  A 8: 03

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

AMERICAN HOME CARE, INC. d/b/a
AMERICAN HOME CARE, JUDITH K.
BACHAND AND GREGORY N. BACHAND

CIVIL NO.
3:02CV00396(AVC)

JULY 6, 2004

------------------------------------------------------X

## MOTION TO SUPPLEMENT JOINT TRIAL MEMORANDUM

The Defendants, AMERICAN HOME CARE, INC. d/b/a AMERICAN HOME CARE, JUDITH K. BACHAND AND GREGORY N. BACHAND, move to supplement the Joint Trial Memorandum, Section 8 (Defendants' Witnesses) as follows:

3)  Dana Strong of Baker, Newman & Noyes LLC will testify for approximately one hour about the financial allegations alleged by the Plaintiff.

7)  Robert Constantine, former comptroller under Chad Bachand at American Home Care, will testify for about one hour as to the accounting of the company and his constant contact with Dana Strong at Baker, Newman & Noyes LLC.

8) Dave Feeney, CPA, will testify for approximately one hour about his preparation of AHC's tax returns and the individual Defendants' tax returns.

THE DEFENDANTS

By _____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, Connecticut  06813-2809
(203) 748-4888
Federal Bar No. CT02254

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent on July 6, 2004, via first class mail, postage prepaid to:

Christine Sciarrino, Esquire
United States Attorney
P.O. Box 1824
New Haven, CT 06510

By _____
Christopher G. Winans