**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN 29 A 9:57

U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------X
UNITED STATES OF AMERICA                          :
                                                  :
- against -                                       :   CIVIL NO.
                                                  :   3:02CV00396(AVC)
                                                  :
AMERICAN HOME CARE, INC. d/b/a                    :
AMERICAN HOME CARE, JUDITH K.                     :
BACHAND AND GREGORY N. BACHAND                    :   JUNE 28, 2004
------------------------------------------------------X

## MOTION FOR CONTINUANCE RE: TRIAL

The Defendants, AMERICAN HOME CARE, INC. d/b/a AMERICAN HOME CARE, JUDITH K. BACHAND AND GREGORY N. BACHAND, move that the court trial currently scheduled for August 18, 19 and 20, 2004 be continued for one (1) week for the court and parties. The individual Defendants are scheduled for a pre-paid, long scheduled vacation out of state on the current trial dates.

The United States does not oppose this request. Its counsel is presently awaiting word from her client (and co-counsel) as to their availability. Once this is known, Defendants' counsel will contact the court clerk to confirm available dates.

THE DEFENDANTS

By_____
Christopher G. Winans, Esquire

3:02CV396(AVC).  July 12, 2004.  The motion to continue the trial is
GRANTED.  The trial in this matter shall commence on August 23, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.