```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


                       COURT TRIAL CALENDAR


              HONORABLE ALFRED V. COVELLO, U.S.D.J.
                          450 MAIN STREET
                             HARTFORD
                      COURTROOM #1 - ANNEX
```

**August 23, 2004**

**10:00 a.m. - 5:00 p.m.**

CONTINUED FROM 7/14/04 & 8/18/04

CASE NO. **3:02cv396 (AVC) USA v. American Home Care, Inc., et al**

Christine L. Sciarrino
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510


Christopher G. Winans
Burrell & Winans
Plaza West
100 Mill Plain Road
4th Floor
Danbury, CT 06811


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK