**FILED**

2004 JUL -8 A 8:03

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X

UNITED STATES OF AMERICA

- against -

AMERICAN HOME CARE, INC. d/b/a
AMERICAN HOME CARE, JUDITH K.
BACHAND AND GREGORY N. BACHAND

CIVIL NO.
3:02CV00396(AVC)

JULY 6, 2004

------------------------------------X

## MOTION TO SUPPLEMENT JOINT TRIAL MEMORANDUM

The Defendants, AMERICAN HOME CARE, INC. d/b/a AMERICAN HOME CARE, JUDITH K. BACHAND AND GREGORY N. BACHAND, move to supplement the Joint Trial Memorandum, Section 8 (Defendants' Witnesses) as follows:

3) Dana Strong of Baker, Newman & Noyes LLC will testify for approximately one hour about the financial allegations alleged by the Plaintiff.

7) Robert Constantine, former comptroller under Chad Bachand at American Home Care, will testify for about one hour as to the accounting of the company and his constant contact with Dana Strong at Baker, Newman &

3:02CV396(AVC): July 26, 2004. There being no objection, the motion to supplement the joint trial memorandum (document no. 47) is GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.