UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, et al., | : |
| Defendants. | : August 16, 2004 |

GOVERNMENT'S MOTION TO AMEND
LIST OF TRIAL EXHIBITS

The Government filed its List of Trial Exhibits on June 15, 2004 in preparation for trial, that is scheduled to commence on August 23, 2004.  In preparing for trial, the Government has noted a few inconsistencies between its exhibits and their corresponding exhibit numbers.  The Government has revised its list of exhibits (filed simultaneously herewith), incorporating the following changes.

    1. Exhibits 10 and 87 are the same document.  The document will be referenced as Exhibit 87.

    2. Exhibits 23 and 24 have been removed as exhibits.

    3. The description for Exhibit 67D now includes Amended Certificate filed with the State of Connecticut on May 10, 1996.

    4. Exhibit 81 has been marked as Exhibit 81A.

    5. Exhibit 81B, Waiver of Notice of Special Meeting of Director/Governing Authority of American Homecare, Inc. dated March 12, 1994 and signed by Judith Bachand, was not included

on Government's initial List of Exhibits; but a copy of the document, marked as Exhibit 81B was provided to the defendants, along with copies of all of the other Government's exhibits.

    6.  Exhibit 86 has been removed as an exhibit.

The Government respectfully requests that this motion be granted so that the Government's List of Trial Exhibits will comport with its pre-marked exhibits.

                                              Respectfully submitted,

                                              KEVIN J. O'CONNOR
                                              UNITED STATES ATTORNEY


                                              CHRISTINE SCIARRINO
                                              ASSISTANT UNITED STATES ATTORNEY
                                              P.O. BOX 1824
                                              NEW HAVEN, CT 06510
                                              (203) 821-3780
                                              FEDERAL NO.  CT3393

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 16th day of August, 2004 to:


Christopher G. Winans, Esq.
Burrell & Winans
Plaza West
100 Mill Plain Road
4th Floor
Danbury, CT   06811




                                                _____
                                                CHRISTINE SCIARRINO