UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 AUG 17 A 11: 37
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, et al., | : |
| Defendants. | : August 16, 2004 |

### GOVERNMENT'S MOTION TO AMEND
### LIST OF TRIAL EXHIBITS

The Government filed its List of Trial Exhibits on June 15, 2004 in preparation for trial, that is scheduled to commence on August 23, 2004. In preparing for trial, the Government has noted a few inconsistencies between its exhibits and their corresponding exhibit numbers. The Government has revised its list of exhibits (filed simultaneously herewith), incorporating the following changes.

1. Exhibits 10 and 87 are the same document. The document will be referenced as Exhibit 87.

2. Exhibits 23 and 24 have been removed as exhibits.

3. The description for Exhibit 67D now includes Amended Certificate filed with the State of Connecticut on May 10, 1996.

4. Exhibit 81 has been marked as Exhibit 81A.

5. Exhibit 81B, Waiver of Notice of Special Meeting of Director/Governing Authority of American Homecare, Inc. dated March 12, 1994 and signed by Judith Bachand, was not included

August 18, 2004. GRANTED. SO ORDERED.

Alfred V. Covello, U.S.D.J.