UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

CIVIL NO.
3:02CV00396(AVC)

AMERICAN HOME CARE, INC. d/b/a
AMERICAN HOME CARE, JUDITH K.
BACHAND AND GREGORY N. BACHAND

AUGUST 19, 2004

----------------------------------------------------------X

### MOTION TO AMEND TRIAL MEMORANDUM

The Defendants, AMERICAN HOME CARE, INC. d/b/a AMERICAN HOME CARE, JUDITH K. BACHAND AND GREGORY N. BACHAND, move to amend their trial memorandum as to List of Exhibit #8. Instead of "Plaintiff's Affidavit" it should be the Defendants' Affidavit in support of their Summary Judgment Objection. The amendment merely corrects a typographical error.

THE DEFENDANTS

By_____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, CT 06813-2809
(203) 748-4888
Federal Bar No. ct02254

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent on August 19, 2004, via first class mail, postage prepaid to:

Christine Sciarrino, Esquire
United States Attorney
P.O. Box 1824
New Haven, CT 06510

By _____
Christopher G. Winans