FILED

2004 AUG 20 A II: 39

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X

UNITED STATES OF AMERICA

- against -

AMERICAN HOME CARE, INC. d/b/a
AMERICAN HOME CARE, JUDITH K.
BACHAND AND GREGORY N. BACHAND

------------------------------------X

CIVIL NO.
3:02CV00396(AVC)

AUGUST 19, 2004

## MOTION TO AMEND TRIAL MEMORANDUM

The Defendants, AMERICAN HOME CARE, INC. d/b/a AMERICAN HOME CARE, JUDITH K. BACHAND AND GREGORY N. BACHAND, move to amend their trial memorandum as to List of Exhibit #8. Instead of "Plaintiff's Affidavit" it should be the Defendants' Affidavit in support of their Summary Judgment Objection. The amendment merely corrects a typographical error.

THE DEFENDANTS

By_____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, CT 06813-2809
(203) 748-4888
Federal Bar No. ct02254

August 23, 2004. DENIED as moot.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 AUG 25 P 2:48
U.S. DISTRICT COURT
HARTFORD, CT.