## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff, | : | Civil No. 3:02CV00396 (AVC) |
| VS. | : | |
| AMERICAN HOME CARE, et al., | : | |
|     Defendants. | : | September 15, 2004 |

<u>UNITED STATES' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

    The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004 and reached a settlement on the issues in the case.  By Order entered on August 19, 2004, closing papers are required to be filed by September 18, 2004, or in the alternative, this case will be dismissed.  The Government is requesting a sixty day extension of the September 18, 2004, up to and including November 17, 2004, based upon the following reasons.

    The settlement agreement reached by the parties provides for substantial compromise of the approximately $5 million debt owed to the Government.  Undersigned counsel and client agency counsel have agreed in principal to the settlement reached with Magistrate Judge Smith, and have recommended its approval.  Pursuant to Department of Justice regulations however, the approval of the Associate Attorney General for the Department of Justice is required in this case due to the amount of debt that will be compromised.  The United States Attorney for the District of Connecticut requested approval from the Associate Attorney General by letter dated September 2, 2004.  Undersigned counsel contacted the Department of Justice on September 14, 2004 to inquire as to the progress of the approval request, and was advised that the entire

approval process typically requires about six weeks. Accordingly, the Government is requesting this extension to permit the approval process to be completed.

Pursuant to Local Rule 7(b)3, this is the Government's first extension of time. Based upon discussions with counsel and ongoing cooperation, undersigned counsel understands that counsel for the Bachands does not oppose the granting of this motion.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    CHRISTINE SCIARRINO
    ASSISTANT UNITED STATES ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT 06510
    (203) 821-3780
    FEDERAL NO. CT3393

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 15th day of September, 2004 to:

Christopher G. Winans, Esq.
100 Mill Plain Road, 4th Floor
Danbury, CT   06813-2809

 

                                                                                        _____
                                                                                      CHRISTINE SCIARRINO