UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 SEP 16 A 10: 30
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, et al., | : |
| Defendants. | : September 15, 2004 |

<u>UNITED STATES' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004 and reached a settlement on the issues in the case. By Order entered on August 19, 2004, closing papers are required to be filed by September 18, 2004, or in the alternative, this case will be dismissed. The Government is requesting a sixty day extension of the September 18, 2004, up to and including November 17, 2004, based upon the following reasons.

The settlement agreement reached by the parties provides for substantial compromise of the approximately $5 million debt owed to the Government. Undersigned counsel and client agency counsel have agreed in principal to the settlement reached with Magistrate Judge Smith, and have recommended its approval. Pursuant to Department of Justice regulations however, the approval of the Associate Attorney General for the Department of Justice is required in this case due to the amount of debt that will be compromised. The United States Attorney for the District of Connecticut requested approval from the Associate Attorney General by letter dated September 2, 2004. Undersigned counsel contacted the Department of Justice on September 14, 2004 to inquire as to the progress of the approval request, and was advised that the entire

September 17, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.