UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 3:02CV00396 (AVC) |
| VS. | : | |
| AMERICAN HOME CARE, et al., | : | |
| Defendants. | : | November 16, 2004 |

UNITED STATES' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004 and reached a settlement on the issues in this case. On September 17, 2004, this Court granted the Government's First Motion for Extension of Time, requiring that closing papers be filed by November 17, 2004. The Government is requesting a sixty day extension of the November 17, 2004, up to and including January 17, 2005, based upon the following reasons.

The settlement agreement reached by the parties provided that the Bachands would provide certain financial information and documentation upon which the Government would rely to determine the Bachands' current financial situation. A determination that the Bachands have an inability to satisfy their debt to the Government will be the primary factor upon which the Government will base a decision to compromise the debt.

The proposed compromise was submitted for approval to the Associate Attorney General for the Department of Justice by letter dated September 2, 2004, contingent upon the Bachands' financial submissions. The Government received the Bachands' financial submissions only recently, on November 5, 2004. The Bachands' submissions are now under consideration as part of the Department of Justice's approval process.

Accordingly, the Government is requesting this extension to permit the review of the Bachands' financial submissions and the completion of the approval process.

Pursuant to Local Rule 7(b)3, this is the Government's second extension of time. Counsel for the Bachands does not oppose the granting of this motion.

>Respectfully submitted,
>
>KEVIN J. O'CONNOR
>UNITED STATES ATTORNEY
>
>
>CHRISTINE SCIARRINO
>ASSISTANT UNITED STATES ATTORNEY
>P.O. BOX 1824
>NEW HAVEN, CT 06510
>(203) 821-3780
>FEDERAL NO.  CT3393

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 16th day of November, 2004 to:

Christopher G. Winans, Esq.
100 Mill Plain Road, 4th Floor
Danbury, CT   06813-2809

_____
CHRISTINE SCIARRINO