UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 JAN 14  P 5:06

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, et al., | : |
| Defendants. | : January 14, 2005 |

### UNITED STATES' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004 and reached a settlement on the issues in this case. Two previous extensions of time to file closing papers have been granted, up to January 18, 2005. The Government is now requesting a third extension to file closing papers, up to and including March 18, 2005, based upon the following reasons.

The settlement agreement reached by the parties provided that the Bachands would provide certain financial information and documentation upon which the Government would rely to determine the Bachands' current financial situation. A determination that the Bachands have an inability to satisfy their debt to the Government is a primary factor upon which the Government has based its decision to compromise the debt.

The proposed compromise was submitted for approval to the Associate Attorney General for the Department of Justice by letter dated September 2, 2004, contingent upon the Bachands' financial submissions. The Government has received the Bachands' financial submissions in a piecemeal fashion, with their last submission arriving December 30, 2004. The Bachands' submissions are now under consideration by the federal plaintiff, Department of Health and

Human Services, and will be provided to the Department of Justice as part of the settlement approval process.

Accordingly, the Government is requesting this extension to permit the review of the Bachands' financial submissions, the completion of the administrative approval process, and finalization of the closing papers.

Pursuant to Local Rule 7(b)3, this is the Government's third extension of time. Counsel for the Bachands does not oppose the granting of this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06510
(203) 821-3780
FEDERAL NO. CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of January, 2005 to:

Christopher G. Winans, Esq.
100 Mill Plain Road, 4th Floor
Danbury, CT  06813-2809


_____
CHRISTINE SCIARRINO