UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,  :

    Plaintiff,  : Civil No. 3:02CV00396 (AVC)

VS.  :

AMERICAN HOME CARE, et al.,  :

    Defendants.  : January 14, 2005

### UNITED STATES' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004 and reached a settlement on the issues in this case. Two previous extensions of time to file closing papers have been granted, up to January 18, 2005. The Government is now requesting a third extension to file closing papers, up to and including March 18, 2005, based upon the following reasons.

The settlement agreement reached by the parties provided that the Bachands would provide certain financial information and documentation upon which the Government would rely to determine the Bachands' current financial situation. A determination that the Bachands have an inability to satisfy their debt to the Government is a primary factor upon which the Government has based its decision to compromise the debt.

The proposed compromise was submitted for approval to the Associate Attorney General for the Department of Justice by letter dated September 2, 2004, contingent upon the Bachands' financial submissions. The Government has received the Bachands' financial submissions in a piecemeal fashion, with their last submission arriving December 30, 2004. The Bachands' submissions are now under consideration by the federal plaintiff, Department of Health and

---

*Margin annotation (handwritten order):* 3:02CV396(AVC) January 21, 2005. GRANTED. The parties shall have to and including March 18, 2005 to file closing papers. SO ORDERED. Alfred V. Covello, U.S.D.J.