UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 MAR 10 A 9:42
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, et al., | : |
| Defendants. | : March 9, 2005 |

### UNITED STATES' FOURTH UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004 and reached a settlement on the issues in this case. Previous extensions of time to file closing papers have been granted, up to March 18, 2005. The Government is now requesting a fourth extension to file closing papers, up to and including April 18, 2005, based upon the following reasons.

The settlement agreement reached by the parties provided that the Bachands would provide certain financial information and documentation upon which the Government would rely to enter into a settlement. The Government has now received the financial information and documentation that it had requested from the Bachands. Additionally, the parties have negotiated the language and execution of a sworn financial affidavit, mortgage deed, settlement agreement and stipulation for dismissal. Final, signed original documents were provided to the Government on February 17, 2005. The Government has provided copies of the executed documents to the Department of Justice to support the request for approval of the settlement by the Deputy Attorney General.

---

*Margin annotation (left side, rotated):* 3:02CV00396(AVC) March 10, 2005. The motion for extension of time (document no. 65) is GRANTED. The parties shall have to file closing papers with the court and including April 18, 2005 to file closing papers. SO ORDERED. Alfred V. Covello, U.S.D.J.

*Stamp:* FILED 2005 MAR 10 P 4:46 U.S. DISTRICT COURT