UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 3:02CV00396 (AVC) |
| VS. | : | |
| AMERICAN HOME CARE, et al., | : | |
| Defendants. | : | April 18, 2005 |

### UNITED STATES' FIFTH UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004 and reached a settlement on the issues in this case. Previous extensions of time to file closing papers have been granted, up to April 18, 2005. The Government is now requesting a fifth extension to file closing papers, up to and including May 18, 2005, based upon the following reason.

Due to the substantial monetary amount that is being compromised in this case, the Government must obtain approval from the Associate Attorney General of the United States. All necessary settlement documentation and a recommendation for settlement were submitted to the Assistant Attorney General, Civil Division, on March 28, 2005. The Assistant Attorney General must first approve the settlement and then forward the request to the Associate Attorney General for final signature. Thus, the parties are awaiting completion of this final approval process; and are otherwise ready to submit final closing papers to this Court upon authorization from the Associate Attorney General.

Accordingly, the Government is requesting a thirty (30) day extension up to and including May 18, 2005 to permit completion of the approval process by the Department of Justice.

---

[Margin annotation, rotated:] The parties shall have to and including May 18, 2005 to file closing papers with the court. The motion is GRANTED. April 19, 2005. 3:02CV396(AVC) SO ORDERED.

[Stamp:] Alfred V. Covello, U.S.D.J.

[Stamp:] FILED 2005 APR 20 A 11:56 U.S. DISTRICT COURT HARTFORD, CT.

[Stamp:] FILED 2005 APR 18 P 3:17 U.S. DISTRICT COURT HARTFORD, CT.