# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 3:02CV00396 (AVC) |
| VS. | : | |
| AMERICAN HOME CARE, et al., | : | |
| Defendants. | : | May 12, 2005 |

UNITED STATES' SIXTH UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004 and reached a settlement on the issues in this case. Previous extensions of time to file closing papers have been granted, up to May 18, 2005. The Government is now requesting a sixth extension to file closing papers, up to and including June 18, 2005, based upon the following reason.

Due to the substantial monetary amount that is being compromised in this case, the Government must obtain approval from the Associate Attorney General of the United States. All necessary settlement documentation and a recommendation for settlement were submitted to the Assistant Attorney General, Civil Division, on March 28, 2005. The Assistant Attorney General must first approve the settlement and then forward the request to the Associate Attorney General for final signature. Thus, the parties are awaiting completion of this final approval process; and are otherwise ready to submit final closing papers to this Court upon authorization from the Associate Attorney General. Undersigned counsel inquired on May 9, 2005 as to the status of settlement recommendation and was advised that it remains pending, awaiting signature. While

Government counsel anticipates that final approval may occur at any time in the immediate future, no deadline has been scheduled.

Accordingly, the Government is requesting a thirty (30) day extension up to and including June 18, 2005 to receive the requisite settlement approval, thus completing the Department of Justice's approval process.

Pursuant to Local Rule 7(b)3, this is the Government's sixth extension of time. Counsel for the Defendants does not oppose the granting of this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06510
Email: Christine.Sciarrino@usdoj.gov
(203) 821-3780 (tel) (203) 773-5392 (fax)
FEDERAL NO.  CT3393

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this

12th day of May, 2005 to:


Christopher G. Winans, Esq.
100 Mill Plain Road, 4th Floor
Danbury, CT   06813-2809


_____
CHRISTINE SCIARRINO