FILED

2005 MAY 16 A 11: 17

DISTRICT COURT
[illegible], CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 3:02CV00396 (AVC) |
| VS. | : | |
| AMERICAN HOME CARE, et al., | : | |
| Defendants. | : | May 13, 2005 |

### UNITED STATES' SIXTH UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004 and reached a settlement on the issues in this case. Previous extensions of time to file closing papers have been granted, up to May 18, 2005. The Government is now requesting a sixth extension to file closing papers, up to and including June 18, 2005, based upon the following reason.

Due to the substantial monetary amount that is being compromised in this case, the Government must obtain approval from the Associate Attorney General of the United States. All necessary settlement documentation and a recommendation for settlement were submitted to the Assistant Attorney General, Civil Division, on March 28, 2005. The Assistant Attorney General must first approve the settlement and then forward the request to the Associate Attorney General for final signature. Thus, the parties are awaiting completion of this final approval process; and are otherwise ready to submit final closing papers to this Court upon authorization from the Associate Attorney General. Undersigned counsel inquired on May 9, 2005 as to the status of settlement recommendation and was advised that it remains pending, awaiting signature. While

3:02CV396(AVC) May 31, 2005. The United States' unopposed motion for extension of time (document no. 69) is GRANTED. The parties shall have to and including June 18, 2005 to file closing papers with the court. The court will not grant any further motions for extension of time.
SO ORDERED.

Alfred V. Covello, U.S.D.J.