UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 3:02CV00396 (AVC) |
| VS. | : | |
| AMERICAN HOME CARE, et al., | : | |
| Defendants. | : | March 9, 2005 |

UNITED STATES' FOURTH UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004 and reached a settlement on the issues in this case. Previous extensions of time to file closing papers have been granted, up to March 18, 2005. The Government is now requesting a fourth extension to file closing papers, up to and including April 18, 2005, based upon the following reasons.

The settlement agreement reached by the parties provided that the Bachands would provide certain financial information and documentation upon which the Government would rely to enter into a settlement. The Government has now received the financial information and documentation that it had requested from the Bachands. Additionally, the parties have negotiated the language and execution of a sworn financial affidavit, mortgage deed, settlement agreement and stipulation for dismissal. Final, signed original documents were provided to the Government on February 17, 2005. The Government has provided copies of the executed documents to the Department of Justice to support the request for approval of the settlement by the Deputy Attorney General.

Recently, on March 3, 2005, undersigned counsel was advised by the Department of Justice that although the approval process is proceeding, it is unlikely that the Deputy Attorney General's final approval will be obtained prior to the current deadline of March 18, 2005.

Accordingly, the Government is requesting what is likely to be a final, thirty (30) day extension to permit completion of the approval process by the Department of Justice.

Pursuant to Local Rule 7(b)3, this is the Government's fourth extension of time. Counsel for the Bachands does not oppose the granting of this motion.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    CHRISTINE SCIARRINO
    ASSISTANT UNITED STATES ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT 06510
    (203) 821-3780
    FEDERAL NO.  CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 9th day of March, 2005 to:

Christopher G. Winans, Esq.
100 Mill Plain Road, 4th Floor
Danbury, CT   06813-2809

                                          _____
                                          CHRISTINE SCIARRINO