UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JUN 16 A 10: 15
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 3:02CV00396 (AVC) |
| VS. | : | |
| AMERICAN HOME CARE, et al., | : | |
| Defendants. | : | June 15, 2005 |

### UNITED STATES' SEVENTH UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004 and reached a settlement on the issues in this case. Previous extensions of time to file closing papers have been granted, up to June 18, 2005. The Government is now requesting a seventh extension to file closing papers, up to and including July 18, 2005, based upon the following reason.

Due to the substantial monetary amount that is being compromised in this case, the Government must first obtain approval from the Assistant Attorney General, Civil Division, and then final approval from the Associate Attorney General of the United States before filing closing papers with this Court. Since the Government's previous motion for extension of time, undersigned counsel has confirmed that the Assistant Attorney General, Civil Division approved the settlement recommendation; and on June 10, 2005, forwarded the recommendation to the Associate Attorney General for final approval. Upon notification of final approval from the Associate Attorney General, the parties will then submit final closing papers to this Court.

[Margin annotation, handwritten/stamped sideways:] 3:02CV396(AVC) June 17, 2005. The United States' unopposed motion for extension of time (document no. 71) is GRANTED. The parties shall have to and including July 18, 2005 to file closing papers with the court. The court will not grant any further motions for extension of time. SO ORDERED. Alfred V. Covello, U.S.D.J.