**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 3:02CV00396 (AVC) |
| VS. | : | |
| AMERICAN HOME CARE, et al., | : | |
| Defendants. | : | July 18, 2005 |

UNITED STATES' EIGHTH UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004, and reached a settlement on the issues in this case. Previous extensions of time to file closing papers have been granted, up to July 18, 2005. The parties are now requesting an eighth extension to file closing papers, up to and including August 18, 2005, based upon the following reasons.

The proposed compromise reached by the parties with Judge Smith was contingent upon certain financial submissions by the Bachands. Additionally, final approval from the Department of Justice was required due to the large compromised amount. The Bachands submitted all necessary paperwork to the Government by February 17, 2005; and the Government's recommendation for settlement approval was submitted to the Department of Justice on March 28, 2005. Final approval by the Department of Justice was given on June 23, 2005, and the parties have executed all necessary closing papers, which are currently in the Government's possession.

This Court issued a final extension of time to July 18, 2005 to file closing papers in this matter.  While the closing papers are ready for filing, the settlement terms require that the Bachands liquidate certain retirement accounts as partial payment of the compromise amount. Government counsel was advised on July 15, 2005 by the Bachands' counsel that the liquidation process has not been completed, and that he anticipates that the Bachands will require an additional two to three weeks before the liquidated funds are paid to the Government.

Recognizing this Court's desire to have this matter closed as soon as possible, the Government, joined by defendants' counsel, nevertheless respectfully request an additional thirty (30) day extension, up to and including August 18, 2005 to conclude the settlement process and file closing papers..

Pursuant to Local Rule 7(b)3, this is the Government's eighth extension of time. Counsel for the Defendants joins and consents to the granting of this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06510
Email: Christine.Sciarrino@usdoj.gov
(203) 821-3780 (tel) (203) 773-5392 (fax)
FEDERAL NO.  CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this

18th day of July, 2005 to:


Christopher G. Winans, Esq.
100 Mill Plain Road, 4th Floor
Danbury, CT   06813-2809

_____
CHRISTINE SCIARRINO
