# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2005 JUL 18 P 12: 56
DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 3:02CV00396 (AVC) |
| VS. | : | |
| AMERICAN HOME CARE, et al., | : | |
| Defendants. | : | July 18, 2005 |

### UNITED STATES' EIGHTH UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004, and reached a settlement on the issues in this case. Previous extensions of time to file closing papers have been granted, up to July 18, 2005. The parties are now requesting an eighth extension to file closing papers, up to and including August 18, 2005, based upon the following reasons.

The proposed compromise reached by the parties with Judge Smith was contingent upon certain financial submissions by the Bachands. Additionally, final approval from the Department of Justice was required due to the large compromised amount. The Bachands submitted all necessary paperwork to the Government by February 17, 2005; and the Government's recommendation for settlement approval was submitted to the Department of Justice on March 28, 2005. Final approval by the Department of Justice was given on June 23, 2005, and the parties have executed all necessary closing papers, which are currently in the Government's possession.



3:02CV396(AVC) July 19, 2005. The motion for an extension of time is GRANTED. The parties shall have to and including August 18, 2005 to file closing papers with the court. SO ORDERED.

Alfred V. Covello, U.S.D.J.