**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :

- against -                               :          CIVIL NO.
                                          :          3:02CV00396(AVC)
                                          :
                                          :
AMERICAN HOME CARE, INC. d/b/a            :
AMERICAN HOME CARE, JUDITH K.             :
BACHAND AND GREGORY N. BACHAND   :          AUGUST 11, 2005
---------------------------------------------------------------X

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

The parties participated in a settlement conference with Magistrate Judge

Smith on August 19, 2004, and reached a settlement on the issues in this case.

Previous extensions of time to file closing papers have been granted, up to August

18, 2005. The parties are now requesting an additional extension to file closing

papers, up to and including October 18, 2005, based upon the following reasons.

The proposed compromise reached by the parties with Judge Smith was

contingent upon certain financial submission by the Bachands. Additionally, final

approval from the Department of Justice was required due to the large

compromised amount. The Bachands submitted all necessary paperwork to the

Government by February 17, 2005; and the Government's recommendation for

settlement approval was submitted to the Department of Justice on March 28, 2005.

Final approval by the Department of Justice was given on June 23, 2005, and the parties have executed all necessary closing papers, which are currently in the Government's possession.

This Court issued an extension of time to August 18, 2005 to file closing papers in this matter. While the closing papers are ready for filing, the settlement terms require that the Bachands liquidate certain retirement accounts and assign Masonicare payments to the Government as partial payment of the compromise amount. Defendants' counsel was notified on August 10, 2005 that the liquidation and assignment processes have not been completed. The Defendants anticipate that they will require additional time before the liquidated funds are paid to the Government and the assignment from Masonicare is finalized.

Recognizing this Court's desire to have this matter closed as soon as possible, the Defendants, joined by the Government, nevertheless, respectfully request an additional extension, up to and including September 30, 2005 to conclude the settlement process and file closing papers.

Pursuant to Local Rule 7(b)3, this is the Defendants' first extension of time.

Counsel for the Government joins and consents to the granting of this motion.

Respectfully submitted,
THE DEFENDANTS


Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, Connecticut   06813-2809
(203) 748-4888
Federal Bar No. ct02254

UNITED STATES OF AMERICA

- against -                                                    CIVIL NO.
                                                              3:02CV00396(AVC)
AMERICAN HOME CARE, INC. d/b/a
AMERICAN HOME CARE, JUDITH K.
BACHAND AND GREGORY N. BACHAND                AUGUST 11, 2005

## CERTIFICATION

 I hereby certify that on August 11, 2005, a copy of the foregoing Defendants' Unopposed Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, Connecticut   06813-2809
(203) 748-4888
Federal Bar No. ct02254