Document No. 75

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

CIVIL NO.
3:02CV00396(AVC)

AMERICAN HOME CARE, INC. d/b/a
AMERICAN HOME CARE, JUDITH K.
BACHAND AND GREGORY N. BACHAND

AUGUST 11, 2005

---------------------------------------------------------X

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

The parties participated in a settlement conference with Magistrate Judge Smith on August 19, 2004, and reached a settlement on the issues in this case. Previous extensions of time to file closing papers have been granted, up to August 18, 2005. The parties are now requesting an additional extension to file closing papers, up to and including October 18, 2005, based upon the following reasons.

The proposed compromise reached by the parties with Judge Smith was contingent upon certain financial submission by the Bachands. Additionally, final approval from the Department of Justice was required due to the large compromised amount. The Bachands submitted all necessary paperwork to the Government by February 17, 2005; and the Government's recommendation for settlement approval was submitted to the Department of Justice on March 28, 2005.

[Margin annotation, sideways:] 3:02CV396(AVC) August 23, 2005. The unopposed motion (document no.75) for an extension of time is GRANTED. The parties shall have to and including September 30, 2005 to file closing papers. SO ORDERED.

Alfred V. Covello, U.S.D.J.