## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:02CV00396 (AVC) |
| VS. | : |
| AMERICAN HOME CARE, et al., | : |
| Defendants. | : February ___, 2005 |

### STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the Plaintiff and Defendants, through their undersigned counsel, hereby stipulate to the dismissal of this action in its entirety, consistent with the terms of the Settlement Agreement dated February 3, 2005. Pursuant to the Settlement Agreement, the United States agrees to dismiss those claims and allegations contained in the Complaint.

The United States and Defendants agree that each will bear its own costs, expenses and attorneys' fees.

The Plaintiff and Defendants request that this Court retain jurisdiction over the parties to enforce the terms of the Settlement Agreement. The Plaintiff and Defendants hereby request that this Court approve the attached Settlement Agreement.

This Stipulation may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same stipulation.

Respectfully submitted,

On Behalf of the United States

Kevin J. O'Connor
United States Attorney

Dated: July 7, 2005        By: _____
                           Christine Sciarrino
                           Assistant United States Attorney
                           P.O. Box 1824
                           New Haven, CT  06510
                           (203) 821-3780
                           Federal No. CT3393


Dated: February ___, 2005   By: _____
                            Christopher G. Winans, Esq.
                            Attorney for Defendants
                            100 Mill Plain Road, 4th Floor
                            Danbury, CT  06813-2809
                            (203) 748-4888
                            Federal No. CT2254